1  BENJAMIN B. WAGNER
United States Attorney
2  YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
3  Eastern District of California
501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
5  Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov
6

7  Attorneys for Petitioner United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              1:14-cv-00256-LJO-SAB

12                         Petitioner,     **PETITIONER'S NOTICE OF
                                           COMPLIANCE; ORDER CLOSING FILE**
13              v.

14  ROGER I. McLAIN, President,            **Taxpayer:**
EPPERSON'S MARKET, INC.,                   **EPPERSON'S MARKET, INC.**
15
                           Respondent.
16

17

18  TO THIS HONORABLE COURT:

19       PLEASE TAKE NOTICE that Respondent Roger I. McLain, President, Epperson's

20  Market, Inc., has full-paid the delinquent assessments underlying the summons to be enforced in

21  the above-captioned proceeding, mooting the summons and the proceeding.  Therefore,

22  Petitioner United States of America requests that the case be closed.

23  Dated:  March 6, 2014                  Respectfully submitted,

24                                         BENJAMIN B. WAGNER
                                           United States Attorney
25

26                             By:    */s/   YHimel*
                                           YOSHINORI H. T. HIMEL
27                                         Assistant U.S. Attorney
                                           Attorneys for Petitioner
28                                         United States of America

PETITIONER'S NOTICE OF COMPLIANCE; ORDER                          1
CLOSING FILE

1

**O R D E R**

2

Upon Petitioner's notice of compliance, the Clerk shall close the file.

3

4   IT IS SO ORDERED.

5       Dated:   **March 6, 2014**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITIONER'S NOTICE OF COMPLIANCE; ORDER
CLOSING FILE